**No. 11-5360. Rodney Ash, Petitioner v. Philadelphia Prison System, et al.**

565 U.S. 1076, 132 S. Ct. 806, 181 L. Ed. 2d 518, 2011 U.S. LEXIS 8381.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 903, 132 S. Ct. 301, 181 L. Ed. 2d 183, 2011 U.S. LEXIS 5448.

**No. 11-5502. Ali El Ghannam, Petitioner v. Suburban Hospital Inc., et al.**

565 U.S. 1076, 132 S. Ct. 807, 181 L. Ed. 2d 518, 2011 U.S. LEXIS 8358.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 911, 132 S. Ct. 321, 181 L. Ed. 2d 198, 2011 U.S. LEXIS 6191.

**No. 11-5507. Robert Singleton, Petitioner v. Six Flags Over Georgia, et al.**

565 U.S. 1076, 132 S. Ct. 807, 181 L. Ed. 2d 518, 2011 U.S. LEXIS 8377.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 911, 132 S. Ct. 321, 181 L. Ed. 2d 199, 2011 U.S. LEXIS 6217.

**No. 11-5526. Christopher Darnell Stratton, Petitioner v. Texas (five judgments).**

565 U.S. 1076, 132 S. Ct. 807, 181 L. Ed. 2d 518, 2011 U.S. LEXIS 8420.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 912, 132 S. Ct. 324, 181 L. Ed. 2d 201, 2011 U.S. LEXIS 6143.

**No. 11-5571. Teresa Polite, Petitioner v. Arkansas Department of Correction.**

565 U.S. 1076, 132 S. Ct. 807, 181 L. Ed. 2d 518, 2011 U.S. LEXIS 8448.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 914, 132 S. Ct. 329, 181 L. Ed. 2d 205, 2011 U.S. LEXIS 6216.

**No. 11-5650. Thomas Rea, Petitioner v. Wal-Mart Store 1105.**

565 U.S. 1076, 132 S. Ct. 807, 181 L. Ed. 2d 518, 2011 U.S. LEXIS 8343.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 948, 132 S. Ct. 407, 181 L. Ed. 2d 266, 2011 U.S. LEXIS 7313.